132-15

# ELECTRONIC RECORD

CCA # 09-14-00550-CR          OFFENSE:     Appeal from an Order Denying DNA Testing

STYLE:   Joe Frank Horace Sr.
         v. The State of Texas          PUNISHMENT:

                                        COUNTY:     Jefferson

TRIAL COURT:        Criminal District Court          _____ MOTION
TRIAL COURT #:      95770                     FOR REHEARING IS:
TRIAL COURT JUDGE:  Judge John Stevens        DATE:
DISPOSITION:        DISMISSED                  JUDGE:

DATE:       01-21-15

JUSTICE:    Hollis Horton        PC   NO   S   YES

PUBLISH:    NO                   DNP:   YES

CLK RECORD:    12-23-14                 SUPP CLK RECORD:
RPT RECORD:                             SUPP RPT RECORD:
STATE BR:                               SUPP BR:
APP BR:                                 PRO SE BR:        12-31-14

132-15

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**                    CCA # _____ PD-0132-15 _____

-------------------

___ PRO SE ___ Petition                  Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____
___ REFUSED ___                          JUDGE: _____
DATE: 04/01/2015                         SIGNED: _____   PC: _____
JUDGE: Per Curiam                        PUBLISH: _____   DNP: _____

-------------------

_____ MOTION FOR REHEARING IN        MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____           _____ ON _____

JUDGE: _____                 JUDGE: _____